UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ISMAEL SALAM, individually and on behalf Of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>NATIONWIDE ALARM, LLC, an Arizona limited liability company, and JSB SECURITY SOLUTIONS, INC., an Arizona Corporation,<br><br>      Defendants. | Case No.: 1:14-cv-01720<br><br>Judge Rebecca R. Pallmeyer<br><br>JURY TRIAL DEMANDED |

### STIPULATION AND ORDER OF DISMISSAL

Plaintiff Ismael Salam, individually and on behalf of all others similarly situated, and Defendants Nationwide Alarm, LLC and JSB Security Solutions, Inc. stipulate to the dismissal with prejudice of all claims in this case without costs and with each party bearing its own attorneys fees. It is agreed that neither party will seek the recovery of their costs or attorney fees from the other.

**Stipulated and agreed to by:**

**Plaintiff**

By: _____
Kyle A. Shamberg
Attorney for Plaintiff

**Defendants**

By: _____
David Fish
Attorney for Defendants

IT IS HEREBY ORDERED pursuant to the foregoing Stipulation and Order of Dismissal that all claims in this case, including the Amended Complaint are hereby dismissed with prejudice and without costs to either party and with each party bearing his or its own attorney fees.

Enter:

_____
Judge Rebecca R. Pallmeyer

Dated: Dec. 8, 2014